IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:01-cr-00106-T |
| | ) | (WO) |
| DWIGHT FAULK | ) | |
| and LINDA WILLIAMSON | ) | |
| a/k/a Linda West. | ) | |

### ORDER OF RELEASE OF PROPOSED SUBSTITUTE PROPERTY

This cause coming on to be heard by stipulation and agreement by the parties, a copy of which is marked Exhibit A, attached hereto and specifically incorporated in this Order, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Petition for Substitution of Substitute Property filed by the United States of America, along with all responses and petitions filed by Intervenors and Innocent Third Parties, are hereby dismissed with prejudice.

2. The real property as more specifically defined at paragraphs 4.2(a) through 4(c) of the original Indictment in this case, which was subsequently incorporated into the Government's Motion to Substitute Property, hereinafter

referred to as the "Substitute Real Property" is hereby released from that certain money judgment in the amount of One Million, One Hundred Six Thousand, Six Hundred Twenty-Two and 60/100 Dollars ($1,106,622.60) rendered on or about January 29, 2002.

3. The United States is hereby ordered to release said Substitute Real Property from any lien or *lis pendens*, and to otherwise unencumber said Substitute Real Property and forever release said Substitute Real Property to Dwight Faulk, any heirs or assigns, creditors, purchasers or other innocent third parties.

4. All parties are otherwise ordered to comply with the terms of said Stipulation for Compromise Settlement.

5. Faulk is to be given credit by the United States for any monies received in consideration for the Compromise Settlement or any other funds or monies collected from Faulk and applied on said judgment.

6. Each party is to bear their own costs of this proceeding.

**7. All other, procedural motions are denied as moot.**

**DONE, this the 15th day of September, 2005.**

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED   STATES   DISTRICT   JUDGE**